RECEIVED
IN MONROE, LA

JAN 2 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **CEDRIC B. SLATER** | * | **CIVIL ACTION NO. 06-0728** |
| **VERSUS** | * | **JUDGE JAMES** |
| **MID SOUTH EXTRUSION** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, [DOC. NO. 25] together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Mid South's Motion to Dismiss (Doc. #23) for insufficiency of service pursuant to F.R.C.P. 4(h) be **GRANTED, and the claims against Mid South Extrusion be DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED this 25 day of January, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION