RECEIVED
IN MONROE, LA
APR 2 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **CEDRIC B. SLATER** | * | **DOCKET NO. 06-0728** |
| **VERSUS** | * | **JUDGE JAMES** |
| **MID SOUTH EXTRUSION, ET AL.** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that defendants' Motion to Dismiss for Insufficiency of Service Pursuant to Federal Rules of Civil Procedure 4(e) [doc. # 29] be, and it is hereby **GRANTED**, and that plaintiff's claims against defendants, Ron Mason, Lance Joslin, and Rob Hartman are hereby **DISMISSED**, without prejudice.

THUS DONE AND SIGNED this １ day of April, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION